# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN KELLY, | ) | CASE NO. 4:09CV3118 |
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| JOANN SCHAEFER, in her official capacity as commissioner of the Nebraska Department of Health and Human Services, | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion to Withdraw and Dismiss Case, which the court liberally construes as a Motion for Voluntary Dismissal, filed pursuant to Federal Rule of Civil Procedure 41. (Filing No. 10.) In his Motion, Plaintiff states that he has moved out of state and no longer wishes to pursue this matter. (*Id.*) Defendant has not yet been served with summons, and the court finds that voluntary dismissal is warranted under the circumstances.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Withdraw and Dismiss Case, construed as a Motion for Voluntary Dismissal (Filing No. 10) is granted. Plaintiff's claims are dismissed without prejudice;

2. A separate judgment will be entered in accordance with this Memorandum and Order; and

3. All other pending motions are denied as moot.

DATED this 30th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge